RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 10 /27 /11
BY _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

ROBERT CAYTON                                 CIVIL DOCKET NO. 10-0824

-vs-                                                      JUDGE DRELL

TIMOTHY WILKINSON, ET AL              MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendant's Motion for Summary Judgment is DENIED and Plaintiff's claim for failure to protect is DISMISSED WITH PREJUDICE; and Plaintiff''s claim regarding appropriate medical assistance is DISMISSED WITHOUT PREJUDICE.

In so ruling we also have considered the content of plaintiff's objections and the absence in the Report and Recommendation of any guidelines for the refiling of his ARP, should he choose that option. Accordingly, we allow him an additional 20 days following this judgment to refile his first-step ARP, but limited to the claims for failure to render appropriate medical assistance which accrued beginning 90 days prior to April 16, 2010. By our calculation, Plaintiff's medical assistance claims

commencing  and subsequent to January 17, 2010 were timely brought in the ARP

filed April 16, 2010. Because the failure to protect claim was a result of the incident

on October 28, 2009, Plaintiff's claim as to this issue is DISMISSED WITH PREJUDICE.

Plaintiff's claims for failure to render appropriate medical assistance beginning

about January 17, 2010 may be refiled in an ARP. Accordingly, Plaintiff's § 1983 claim

as to his medical assistance is DISMISSED WITHOUT PREJUDICE and may be refiled

as new suit, if appropriate, once Plaintiff has exhausted his administrative remedies.

Signed on this 27ᵗʰ day of October, 2011, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE

2